1
2
3
4
5
6                              IN THE UNITED STATES DISTRICT COURT
7                                    FOR THE DISTRICT OF ARIZONA
8
9   Ronald Eugene Cousin,            )   No. CV-07-1153-PHX-ROS
                                     )
10           Petitioner,              )   **ORDER**
                                     )
11   vs.                              )
                                     )
12                                    )
    Warden Ramos, et al.,            )
13                                    )
             Respondents.             )
14                                    )
                                     )
15
16
17          On June 14, 2006, Petitioner filed a Writ of Habeas Corpus (Doc. 1). Respondents
18   moved to dismiss the Petition as a successive petition (Doc. 12).  On September 11, 2007,
19   Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R&R")
20   recommending that Respondents' Motion to Dismiss be granted, that the Petition be
21   dismissed without prejudice to Petitioner filing a proper application for consideration of a
22   successive petition in the Ninth Circuit, and that Petitioner's Motion to Stay be denied (Doc.
23   14). Movant filed "objections" to the R&R. (Doc. 45) For the following reasons, the Court
24   will adopt the R&R.
25          The Court "may accept, reject, or modify, in whole or in part, the findings or
26   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the
27   district judge must review the magistrate judge's findings and recommendations *de novo if*
28   *objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121

1  (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,
2  1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of
3  factual and legal issues is required if objections are made, 'but not otherwise.'").  District
4  courts are not required to conduct "any review at all . . . of any issue that is not the subject
5  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).

6       The Magistrate Judge determined that the Petition was "successive" and that the court
7  lacked subject matter jurisdiction to consider the successive petition and the motion to stay.
8  Petitioner filed "objections" to the Magistrate Judge's conclusions.  The "objections,"
9  however, presented no objections questioning the Magistrate Judge's legal or factual basis
10 for concluding he was not entitled to relief.  Indeed, Petitioner concedes that he is required
11 to seek permission from the Ninth Circuit to file his petition (see Doc. 15). Without valid
12 objections, this Court need not conduct *de novo* review of the R&R.

13      Accordingly,

14      **IT IS ORDERED** the Report and Recommendation (Doc. 14) is **ACCEPTED** and
15 that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without
16 prejudice to Petitioner filing a proper application for consideration of a second or successive
17 petition in the Ninth Circuit pursuant to 28 U.S.C. § 2244.

18      **IT IS FURTHER ORDERED** that Petitioner's Motion to Stay (Doc. 13) is
19 **DISMISSED** for lack of jurisdiction.

21      DATED this 31st day of October, 2007.

Roslyn O. Silver
United States District Judge